UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In Re:

Rona Wynne Havens,                                    Case No 1-20-40287-cec

   Debtor.                                              Chapter 13
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Stephani A. Schendlinger, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097


Dated: February 10, 2020
Westbury, NY

                                       RAS BORISKIN, LLC
                                       Attorney for Secured Creditor
                                       900 Merchants Concourse, Suite 310
                                       Westbury, NY 11590
                                       Phone: (516) 280-7675
                                       Fax:    (516) 280-7674

                                       By: /s/ Stephani A. Schendlinger
                                       Stephani A. Schendlinger, Esquire



20-008916 - StS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In Re:

Rona Wynne Havens,                                    Case No 1-20-40287-cec

   Debtor.                                                    Chapter 13
-----------------------------------------------------------------x

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on February 10, 2020, I caused the foregoing Notice of

Appearance and Request for Service to be electronically filed with the Clerk of Court by using

the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States

Mail to the following parties:

BTZALEL HIRSCHHORN
SHIRYAK, BOWMAN, ANDERSON, GILL &
KADOCHNIKOV, LLP
80-02 KEW GARDENS ROAD, SUITE 600
KEW GARDENS, NY 11415

RONA WYNNE HAVENS
183 BEACH 128TH STREET
BELLE HARBOR, NY  11694

MICHAEL J. MACCO
2950 EXPRESS DRIVE SOUTH
SUITE 109
ISLANDIA, NY  11749


20-008916 - StS



OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY (BROOKLYN OFFICE)
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014


Dated: February 10, 2020
Westbury, NY

                                      RAS BORISKIN, LLC
                                      Attorney for Secured Creditor
                                      900 Merchants Concourse, Suite 310
                                      Westbury, NY 11590
                                      Phone: (516) 280-7675
                                      Fax:    (516) 280-7674

                                      By: /s/ Stephani A. Schendlinger
                                      Stephani A. Schendlinger, Esquire