# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

In re:

RONA W. HAVENS,

Debtor.

Chapter 13
Case No. 20-40287-cec

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

    I, Anjelica Singh, being duly sworn, deposes and says that: I am not a party to this action, am over 18 years of age and reside in Queens County, New York.

    On February 13, 2020, I caused the within

- **Affirmation in Opposition to Debtor's Motion Seeking Sanctions against Berkman Henoch Peterson Peddy & Fenchel, P.C. w/ supporting exhibits**

to be served by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the persons set forth below at the last known address set forth after each name:

Debtor:
Rona Wynne Havens
183 Beach 128th Street
Belle Harbor, NY 11694

Debtor's Attorney:
Btzalel Hirschhorn, Esq.
Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415

1

Chapter 13 Trustee:
Michael J. Macco
2950 Express Drive South, Suite 109
Islandia, NY 11749

                                                */s/ Anjelica Singh*
                                                Anjelica Singh

Sworn to before me this
13th day of February, 2020

*/s/ Debra Clark*
Notary Public

Debra Clark
Notary Public – State of New York
No. 01CL6366458
Qualified in Nassau County
Commission Expires 10/30/2021