| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | *Return Date:  April 9, 2020*<br>*Time:  10:00 a.m.* |

--------------------------------------------------------X

In re:

                                                                                                         Chapter 13<br>
                                                                                                          Case No.: 20-40287-608

RONA WYNNE HAVENS

                      Debtor(s)                                           **NOTICE OF MOTION**

--------------------------------------------------------X

SIRS / MADAMS:

       **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Carla E. Craig, United States Bankruptcy Judge, on the 9th day of APRIL, 2020 at 10:00AM, at the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York 11201, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case, by reason of the debtor(s)' failure to provide and/or file documents, and for such other and further relief as this Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than seven (7) days prior to the return date of this motion.

| | |
|---|---|
| Dated: Islandia, New York<br>         February 26, 2020 | Yours, etc.<br><br>MICHAEL J. MACCO<br>Chapter 13 Trustee<br>2950 Express Drive South, Suite 109<br>Islandia, NY   11749<br>(631) 549-7900 |

*To:*    *Office of the United States Trustee*
        *RONA WYNNE HAVENS, Debtor(s)*
        *BTZALEL HIRSCHHORN, ESQ., Attorney for Debtor(s)*
        *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X     **tmm1634**
In re:

                                                    Chapter 13
                                                    Case No.: 20-40287-608

RONA WYNNE HAVENS

                           Debtor(s)                      **APPLICATION**
---------------------------------------------------------X
TO THE HONORABLE CARLA E. CRAIG, UNITED STATES BANKRUPTCY JUDGE:

        MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

        1.  The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on January 16, 2020, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

        2.  As of the date of this motion, the debtor(s) has failed to provide the Trustee with amended Schedules E/F to list 2019 tax liability or show proof it was paid; amended Schedules I and J to match leases totaling $4,950.00; copy of the Loss Mitigation package submitted to the bank; and a resolve the Objection to Confirmation.

        3.  This is a material default and is prejudicial to the rights of the creditors of the debtor.

        **WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
       February 26, 2020

                                                    */s/ Michael J. Macco*
                                                    Michael J. Macco, Chapter 13 Trustee
                                                    2950 Express Drive South, Suite 109
                                                    Islandia, NY   11749
                                                    (631) 549-7900

STATE OF NEW YORK    )
COUNTY OF SUFFOLK    )    ss.:

      STEPHANIE TURNER, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York.

      On February 26, 2020 deponent served the within:

### NOTICE OF MOTION AND APPLICATION

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Rona Wynne Havens*
*183 Beach 128th Street*
*Belle Harbor, NY 11694*
*Debtor(s)*

*Wilmington Savings Fund Society, FSB*
*Attn: Stephani A. Schendlinger, Esq.*
*c/o Robertson, Anschutz, Schneid & Crane LLC*
*10700 Abbott's Bridge Road, Suite 170*
*Duluth, GA 30097*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*U.S. Federal Office Building*
*USTP.Region02.BR.TFRTDR@usdoj.gov*

*Btzalel Hirschhorn, Esq.*
*Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP*
*bhirschhorn@abzlaw.com*
*Attorney for Debtor(s)*

                                          */s/ Stephanie Turner*
                                          STEPHANIE TURNER

Sworn to before me this
26th day of FEBRUARY, 2020

*/s/ Janine M. Zarrilli*
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2021